■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RHONDA L. NICKELL, Appellant. [887 NYS2d 884]—Appeal from a judgment of the Herkimer County Court (Patrick L. Kirk, J.), rendered June 1, 2006. The judgment convicted defendant, upon her plea of guilty, of robbery in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Martoche, J.P., Smith, Peradotto, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER E. MARCH, Appellant. [887 NYS2d 884]—Appeal from a judgment of the Ontario County Court (Craig J. Doran, J.), rendered January 15, 2008. The judgment convicted defendant, upon his plea of guilty, of burglary in the first degree, assault in the first degree and assault in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Martoche, J.P., Smith, Peradotto, Green and Pine, JJ.